AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2024

SEAN F. McAVOY, CLERK

DR. SANDY MONTANO,
    Plaintiff,
    vs.
THE DENTISTS INSURANCE COMPANY and JOHN DOES 1-5,
    Defendants.
THE DENTISTS INSURANCE COMPANY,
    Third-Party Plaintiff,
    vs.
DEER PARK DENTAL PLLC, a Washington Professional Limited Liability Company, and DR. SANDY FLETCHER MONTANO DDS PLLC, a Washington Professional Liability Company,
    Third-Party Defendants.

Civil Action No. 2:23-CV-00369-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Plaintiff's Motion for Summary Judgment Pursuant to Rule 56, ECF No. 17, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 21, is GRANTED.
Judgment entered for Defendant, The Dentists Insurance Company against Plaintiff and Third-Party Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Stanley A Bastian on parties' motion for summary judgment.

Date: July 31, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
    *(By) Deputy Clerk*
Sara Gore